UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK KUNKLE, on behalf of himself and
all others similarly situated,

                              Plaintiff,

              -against-                                   23-CV-8526 (JGLC)

AMOK TIME, INC.,                                         **ORDER**

                              Defendant.

JESSICA G. L. CLARKE, United States District Judge:

      IT IS HEREBY ORDERED that, within thirty (30) days of service of the summons and

complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle

this action. To the extent the parties are unable to settle the case themselves, they must also discuss

whether further settlement discussions through the district's court-annexed mediation program or

before a magistrate judge would be productive at this time.

      IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five

(45) days of service of the summons and complaint), the parties must submit a joint letter informing

the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall

in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a

settlement conference (and indicate a preference between the two options), or (2) proceed with an

initial pretrial conference.

Dated:  September 28, 2023                              SO ORDERED.
        New York, New York

                                                        *Jessica Clarke*

                                                        JESSICA G. L. CLARKE
                                                        United States District Judge